IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSE DIVISION

**DARREN L. CORBETT,**

    *Plaintiff*,

v.                                    Case No.: 4:23cv141-MW/MAF

**SGT. HALL, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 50, and has also reviewed *de novo* Plaintiff's objections, ECF No. 51. Likewise, this Court has considered, without hearing, Plaintiff's motion for leave file a supplemental declaration. ECF No. 53. The proposed supplemental declaration does not change the outcome in this case. In any event, the motion, ECF No. 53, is **GRANTED**.[1] While this Court agrees the facts as put forth by Plaintiff arguably demonstrates negligence on Defendants' part, not all bad conduct amounts to a constitutional violation.

    Accordingly,

    **IT IS ORDERED**:

---

[1] For example, Plaintiff has now included record evidence of his medical pass for a prescribed diet, ECF No. 52 at 4, although this fact was not genuinely disputed.

The report and recommendation, ECF No. 50, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendants' motion for summary judgment, ECF No. 42, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED with prejudice** because Defendants are entitled to qualified immunity." The Clerk shall close the file.

**SO ORDERED on July 2, 2024.**

s/Mark E. Walker  
**Chief United States District Judge**